IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ORLANDO PHILIP ,

        Appellant,

 v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.  5D23-373
LT Case No. 2018-CF-09649-AXXX

Decision filed August 1, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Mark J. Borello, Judge.

Orlando C. Philip, Wewahitchka, pro se.

Ashley Moody, Attorney General, and
Bryan Jordan, Senior Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

    AFFIRMED.


HARRIS, BOATWRIGHT and KILBANE, JJ., concur.